**McADAMS v. SAFETY KLEEN SYS., INC.**

[366 N.C. 19 (2012)]

COREY McADAMS, EMPLOYEE v. SAFETY KLEEN SYSTEMS, INC., EMPLOYER, AMERI-
CAN INSURANCE COMPANY, CARRIER, SEDGWICK CMS, SERVICING AGENT

No. 55A12

(Filed 5 October 2012)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 720 S.E.2d 896 (2012), remanding an opinion and award filed on 24 March 2011 by the North Carolina Industrial Commission. Heard in the Supreme Court on 5 September 2012.

*Thomas and Godley, PLLC, by Ben S. Thomas, for plaintiff-appellant.*

*Teague, Campbell, Dennis & Gorham, L.L.P., by Melissa R. Cleary and Tara D. Muller, for defendant-appellees.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED